**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Trejo et al. v. American Management Services, LLC | FILED: APRIL 26, 2008<br>08 CV 2386   JH<br>JUDGE COAR<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Mario Trejo and Alvaro Perez, plaintiffs

| | |
|---|---|
| NAME (Type or print)<br>Thomas L. Knight | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Thomas L. Knight | |
| FIRM<br>Walsh, Knippen, Knight & Pollock, Chartered | |
| STREET ADDRESS<br>2150 Manchester Rd., Ste. 200 | |
| CITY/STATE/ZIP<br>Wheaton, IL 60187-2476 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1491393 | TELEPHONE NUMBER<br>630-462-1980 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐