# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Trejo et al. v. American Management Services, LLC | FILED: APRIL 26, 2008<br>08 CV 2386   JH<br>JUDGE COAR<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mario Trejo and Alvaro Perez, plaintiffs

| | |
|---|---|
| **NAME** (Type or print)<br>Adam C. Kruse | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Adam C. Kruse | |
| **FIRM**<br>Walsh, Knippen, Knight & Pollock, Chartered | |
| **STREET ADDRESS**<br>2150 Manchester Rd., Ste. 200 | |
| **CITY/STATE/ZIP**<br>Wheaton, IL 60187-2476 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6283306 | **TELEPHONE NUMBER**<br>630-462-1980 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |