## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2386           Assigned/Issued By: J. N.

Judge Name: COAR              Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____         Receipt #: 2727991_____

Date Payment Rec'd: 4-26-08_____   Fiscal Clerk: J. N._____

---

### ISSUANCES

☑ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment
                                         _____
☐ Wage-Deduction Garnishment Summons     _____
                                         *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                         ☐ Other
☐ Writ _____               _____
      *(Type of Writ)*                   _____
                                         *(Type of issuance)*

_1_ Original and _0_ copies on _4-28-08_ as to _DEFENDANT_____
                              *(Date)*

_____
_____