IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MARIO TREJO AND ALVARO PEREZ,** | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 08 CV 2386 |
| | ) | |
| v. | ) | Judge David H. Coar |
| | ) | Magistrate Judge Nan R. Nolan |
| **AMERICAN MANAGEMENT SERVICES, LLC,** | ) ) | |
| | ) | TRIAL BY JURY DEMANDED |
| Defendant. | ) | |

## NOTICE OF FILING

To:   **Thomas L. Knight, Esq.**
**Adam C. Kruse, Esq.**
**Walsh, Knippen, Knight & Pollock, Chtd.**
**2150 Manchester Road, Suite 200**
**Wheaton, IL 60187**

PLEASE TAKE NOTICE THAT, on the 17th day of July 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Appearance, a copy of which is attached hereto and herewith served upon you.

**AMERICAN MANAGEMENT SERVICES, LLC, DEFENDANT.**

By: /s/ KENNETH A. HENRY, ESQ., its attorney

KENNETH A. HENRY, ESQ. (ARDC # 1193457)
Attorney for Defendant
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
312.857.0100/312.857.1157 (fax)
khenry@kahlaw.com

## **CERTIFICATE OF SERVICE**

     KENNETH A. HENRY, an attorney, on oath states that, on July 17, 2008, he caused a copy of the foregoing NOTICE OF FILING and CERTIFICATE OF SERVICE, and DEFENDANT'S APPEARANCE, to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which causes a copy to be electronically mailed to the following CM/ECF Participants:

**Thomas L. Knight, Esq.**
**Adam C. Kruse, Esq.**
**Walsh, Knippen, Knight & Pollock, Chtd.**
**2150 Manchester Road, Suite 200**
**Wheaton, IL 60187**

before the hour of 5:00 p.m. in Chicago, Illinois

                                                        /s/ KENNETH A. HENRY, ESQ.

KENNETH A. HENRY, ESQ. (ARDC # 1193457)
Attorney for Defendant
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
312.857.0100/312.857.1157 (fax)
khenry@kahlaw.com